# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JEF MINDRUP | § | |
| | § | |
| V. | § | CASE NO. 4:14-CV-157 |
| | § | (Judge Mazzant/Judge Nowak) |
| GOODMAN NETWORKS, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 16, 2015, the report of the Magistrate Judge was entered (Dkt. #46) containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. #27) be granted in part and denied in part, Defendant's Objections and Motion to Strike Plaintiff's Summary Judgment Evidence (Dkt. #31) be denied as moot, and Defendant's Motion for a Hearing on its Motion for Summary Judgment (Dkt. #38) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion for Summary Judgment (Dkt. #27) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's disparate treatment claim is dismissed and summary judgment is denied on Plaintiff's claims for failure to accommodate and retaliation.

It is further **ORDERED** that Defendant's Objections and Motion to Strike Plaintiff's Summary Judgment Evidence (Dkt. #31) is **DENIED** as moot and Defendant's Motion for a Hearing on its Motion for Summary Judgment (Dkt. #38) is **DENIED**.

**IT IS SO ORDERED.**
**SIGNED this 14th day of October, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE